DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

EDWIN JAMES CASE, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-1374

————————————————

January 24, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen Whyte, Judge.

PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.